ALBERT BROWN, Respondent *v.* MANSHUL REALTY CORPORATION, Appellant.

Submitted September 29, 1947; decided October 2, 1947.

*Jacquin Frank* for motion.

*Samuel E. Swiggett* opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs, and $10 costs of motion.